UNITED STATES of America, Plaintiff–Appellee,

v.

**Rogelio NUNEZ–MARTINEZ, Defendant–Appellant.**

No. 01–50337.
D.C. No. CR–01–00051–BTM.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 29, 2002.

Before FERNANDEZ, WARDLAW and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Rogelio Nunez–Martinez appeals his seven-month sentence following a guilty plea conviction for importing marijuana into the United States, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Nunez–Martinez contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), 21 U.S.C. §§ 952 and 960 are facially unconstitutional. This contention is foreclosed by our recent decision in *United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–10 (9th Cir.2002).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

He further contends that *Apprendi* requires the government to prove *mens rea* as to the type and amount of drug in order to sustain a conviction for unlawful importation of marijuana. We have recently rejected this argument in *United States v. Carranza*, 289 F.3d 634, 643 (9th Cir.2002), and do so here.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.